HOTCHKISS *v.* DAILEY.—In Error.

IN this case the following statement in a deposition was suppressed:

"I was made their agent [*Lewis* and *Dailey*] by an instrument of writing, in which instrument *Wm. Caldwell* conveyed the machine to me as agent for *Lewis* and *Dailey*, for their sole benefit, and which gave me the power to sell, use, or convey away the said machine for the use of *Lewis* and *Dailey*, and to carry out the design of said instrument."

The witness was not called on to produce said instrument, nor was it produced by any one, or its absence accounted for.

The Court did right. Parol evidence could not be given, under such circumstances, of the contents of the written instrument.

The judgment is affirmed with costs.

*C. H. Test* and *J. Perry*, for the plaintiff.

*S. W. Parker*, for the defendant.